```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 07 B 17758
   THOMAS F DOCKERY
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-6604


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 09/28/2007 and was confirmed 02/06/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors   36.00%.

      The case was converted to chapter 7 after confirmation 07/10/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------------
FORD MOTOR CREDIT          SECURED VEHIC   25228.36        691.77        7895.32
IL STATE DISBURSEMENT UN   DSO ARREARS     NOT FILED         .00             .00
LUANN DOCKERY              NOTICE ONLY     NOT FILED         .00             .00
INTERNAL REVENUE SERVICE   PRIORITY         6500.00          .00             .00
ADVANTA BANK CORP          UNSECURED        5561.49          .00             .00
AMERICAN EXPRESS CENTURI   UNSECURED       48532.68          .00             .00
AMERICAN EXPRESS BANK      UNSECURED        3368.21          .00             .00
BRANDON TAYLOR             UNSECURED       NOT FILED         .00             .00
B-REAL LLC                 UNSECURED        8134.86          .00             .00
LVNV FUNDING LLC           UNSECURED        3666.35          .00             .00
FIRST NATIONAL BANK OF L   UNSECURED       NOT FILED         .00             .00
FIRST NATL BANK LAGRANGE   UNSECURED       33030.00          .00             .00
FIRST NATL BANK LAGRANGE   UNSECURED       NOT FILED         .00             .00
ECAST SETTLEMENT CORP      UNSECURED        2505.48          .00             .00
RUSH PRES ST LUKES MEDIC   UNSECURED       NOT FILED         .00             .00
ECAST SETTLEMENT CORP      UNSECURED        2864.11          .00             .00
RESURGENT CAPITAL SERVIC   UNSECURED            .00          .00             .00
LUANN DOCKERY              DSO ARREARS     36831.61          .00         4099.86
DINERS CLUB                UNSECURED       NOT FILED         .00             .00
NORTHWESTERN INTERNIST     UNSECURED       NOT FILED         .00             .00
STUART B HANDELMAN         DEBTOR ATTY      2,500.00                     2,500.00
TOM VAUGHN                 TRUSTEE                                       1,282.65
DEBTOR REFUND              REFUND                                            .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 16,469.60

PRIORITY                                     4,099.86
SECURED                                      7,895.32

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 17758 THOMAS F DOCKERY
```

```
     INTEREST                                                       691.77
UNSECURED                                                              .00
ADMINISTRATIVE                                                    2,500.00
TRUSTEE COMPENSATION                                              1,282.65
DEBTOR REFUND                                                          .00
                                        ----------------  ----------------
TOTALS                                         16,469.60         16,469.60
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
     Dated: 10/22/08              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```